IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| DEAN BRYAN DAVIDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-4045-CV-C-SOW |
| | ) | |
| FULTON STATE HOSPITAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 15, 2009, United States Magistrate Judge William A. Knox recommended that plaintiff's claims against defendants Fulton State Hospital, the State of Missouri, Dr. Steinberg, Jaime Waller and the John Doe defendants be dismissed, pursuant to 28 U.S.C. § 1915, for failure to state a claim for which relief can be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of June 15, 2009, is adopted. [8] It is further

ORDERED that plaintiff's claims against defendants Fulton State Hospital, the State of Missouri, Dr. Steinberg, Jaime Waller and the John Doe defendants are dismissed, pursuant to 28 U.S.C. § 1915, for failure to state a claim for which relief can be granted.

        /s/ Scott O. Wright
        SCOTT O. WRIGHT
        Senior United States District Judge

DATED: August 10, 2009
Kansas City, Missouri