IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DEAN BRYAN DAVIDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-4045-CV-C-SOW |
| ) | |
| FULTON STATE HOSPITAL, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On August 18, 2009, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that [13] the Report and Recommendation of August 18, 2009, is adopted. It is further

ORDERED that plaintiff's claims are dismissed, without prejudice, for failure to comply with court orders, pursuant to the provisions of Fed. R. Civ. P. 41(b).

        /s/ Scott O. Wright
        SCOTT O. WRIGHT
        Senior United States District Judge

DATED: September 30, 2009
Kansas City, Missouri